B 1 (Official Form 1) (1/08)

| **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Anthracite Capital, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**13-3978906** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**40 East 52nd Street**<br>**New York, New York**<br>ZIP CODE **10022** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New York County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**Real Estate Investment Trust**<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                          Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☑ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Anthracite Capital, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Anthracite Capital, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor Telephone Number (if not represented by attorney) Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney\*** X _____/s/ J. Gregory Milmoe_____ Signature of Attorney for Debtor(s) **J. Gregory Milmoe** Printed Name of Attorney for Debtor(s) **Skadden, Arps, Slate, Meagher & Flom LLP** Firm Name **Four Times Square** Address **New York, New York 10036** **(212) 735-3000** Telephone Number **03/15/2010** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____/s/ Richard M. Shea_____ Signature of Authorized Individual **Richard M. Shea** Printed Name of Authorized Individual **President and Chief Operating Officer** Title of Authorized Individual **03/15/2010** Date | |

**Anthracite Capital, Inc.**
40 East 52nd Street
New York, New York 10022


OFFICER'S CERTIFICATE

   I, Richard M. Shea, certify that I am the President and Chief Operating Officer of Anthracite Capital, Inc., a Maryland corporation (the "Company"), and that, as such, I am authorized to execute this certificate on behalf of the Company.

   I DO HEREBY FURTHER certify that attached hereto as Exhibit A are true, complete and correct copies of resolutions adopted by the Board of Directors of the Company at a meeting held at 9:30 a.m. (New York City time) on March 9, 2010 pertaining to the Company seeking relief under the United States Bankruptcy Code.

IN WITNESS WHEREOF, I have executed this certificate this 12th day of March, 2010.

By: /s/ Richard M. Shea
Name: Richard M. Shea
Title:  President and Chief Operating Office

**EXHIBIT A**

# RESOLUTIONS OF
# THE BOARD OF DIRECTORS OF
# ANTHRACITE CAPITAL, INC.

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of Anthracite Capital, Inc. (the "Company") and its creditors, shareholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that a chapter 7 filing (the "Chapter 7 Filing") be, and hereby is, authorized unless the officers of the Company conclude, in their reasonable judgment, before the close of business on Thursday, March 11, 2010, sufficient progress has been made with respect to alternative restructuring options to justify asking the Board to consider another course of action; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute and verify or certify a petition under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time as said officer or officers executing the same shall determine and in such form or forms as said officer or officers may approve; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all documents as said officer or officers may deem necessary or appropriate, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain legal counsel, accountants or other professionals and to take or cause to be taken any and all such further actions as said officer or officers shall deem necessary or appropriate in connection with the Chapter 7 Filing contemplated hereby; and it is further

RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to file an application to convert the above-described case to one under chapter 11 of the Bankruptcy Code to the extent that said officer or officers shall deem necessary or appropriate; and it is further

RESOLVED, that, in addition to the specific authorizations set forth in the foregoing resolutions, the officers of the Company be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to take or cause to be taken any and all such further actions (including without limitation to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur such fees and expenses) as any said officer shall deem necessary or appropriate to carry out the purpose and intent of the foregoing resolutions; and it is further

RESOLVED, that all actions lawfully done or actions lawfully taken by, or at the direction of, any officer or director of the Company in connection with the foregoing resolutions or the transactions contemplated therein, including without limitation any action to seek relief on behalf of the Company under chapter 7 of the Bankruptcy Code in connection with the Chapter 7 Filing or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects; and it is further

RESOLVED, that any person dealing with any officer of the Company in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such officer and by his or her execution of any document, agreement or instrument, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             : Chapter 7
                                   :
ANTHRACITE CAPITAL, INC.,          :
                                   :
        Debtor.                    :
                                   :
---------------------------------- x

**CORPORATE OWNERSHIP STATEMENT IN ACCORDANCE WITH RULE 1007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

       I, Richard M. Shea, President and Chief Operating Officer of Anthracite Capital, Inc., a Maryland corporation, declare under penalty of perjury that I have read the ownership statement attached hereto as <u>Exhibit A</u> and that it is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
       March 15, 2010

By: _____
Name: Richard M. Shea
Title: President and Chief Operating Officer

# EXHIBIT A

## OWNERSHIP STATEMENT FOR DEBTOR
## IN THIS CHAPTER 7 CASE

The table below shows the name and address of each company known to Anthracite Capital, Inc. that beneficially owns in excess of 5% of any class of voting stock.

| Title of Class of Stock | Name and Address of Beneficial Owner | Amount of Beneficial Ownership | Percentage of Ownership |
|---|---|---|---|
| Common Stock | RECP IV Cite CMBS Equity, L.P. c/o Credit Suisse Eleven Madison Avenue New York, New York | 13,129,235[1] | 13.97%[2] |

---

[1] Each outstanding share of Anthracite Capital, Inc.'s 12% Series E-1 Cumulative Convertible Redeemable Preferred Stock and 12% Series E-2 Cumulative Convertible Redeemable Preferred Stock (collectively, the "Series E Preferred Stock") is entitled to one vote for each share of Common Stock into which such Series E Preferred Stock is convertible, as of the record date for the determination of stockholders entitled to vote. Figure includes 6,239,323 shares of Common Stock issuable upon conversion of 46,750 shares of the Company's Series E Preferred Stock. Figure also includes 6,889,912 shares of Common Stock owned by RECP IV Cite CMBS Equity, L.P. based on Form 13F for the quarter ended September 30, 2009 filed with the SEC by Credit Suisse AG.

[2] Based on 93,951,522 shares of Common Stock outstanding at October 30, 2009, as reported in the Quarterly Report in Form 10-Q for the quarter ended September 30, 2009 of Anthracite Capital, Inc.

Creditor Mailing Matrix: Anthracite Capital, Inc.

| | | |
|---|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY<br>59 MAIDEN LANE<br>NEW YORK NY 10038 | ANTHRACITE CAPITAL, INC.<br>ATTN: RICHARD SHEA<br>40 EAST 52ND STREET<br>NEW YORK NY 10022 | ATTENTUS CDO I, LTD.<br>C/O ATTENTUS CAPITAL MANAGEMENT LLC<br>2107 WILSON BOULEVARD<br>SUITE 400<br>ARLINGTON VA 22201 |
| ATTENTUS CDO I, LTD.<br>C/O EJF CAPITAL<br>LINDSAY KUCERA<br>2107 WILSON BLVD<br>ARLINGTON VA 22201-3091 | ATTENTUS CDO II, LTD.<br>C/O EJF CAPITAL<br>LINDSAY KUCERA<br>2107 WILSON BLVD<br>ARLINGTON VA 22201-3091 | ATTENTUS CDO III, LTD.<br>C/O ATTENTUS CAPITAL MANAGEMENT, LLC<br>2107 WILSON BOULEVARD<br>SUITE 400<br>ARLINGTON VA 22201 |
| ATTENTUS CDO III, LTD.<br>C/O EJF CAPITAL<br>LINDSAY KUCERA<br>2107 WILSON BLVD<br>ARLINGTON VA 22201-3091 | AXIS INSURANCE<br>ATTN RICHARD GIERYN CORP SEC GEN. COUNSL<br>11680 GREAT OAKS WAY<br>STE 550<br>APPHARETTA GA 30022 | BANK OF AMERICA MERRILL LYNCH<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 |
| BANK OF AMERICA MERRILL LYNCH<br>ATTN: ACCOUNTS RECEIVABLE<br>3474 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | BANK OF AMERICA, AS AGENT<br>C/O BANK OF AMERICA, N.A.<br>ATTN: JEFFREY HOYLE<br>214 N. TRYON ST., HEARST TOWER, 20TH FL.<br>CHARLOTTE NC 28555 | BANK OF AMERICA, AS AGENT<br>C/O CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: STEVEN N. COHEN, ESQ.<br>227 WEST TRADE STREET, STE. 2400<br>CHARLOTTE NC 28202 |
| BANK OF AMERICA, N.A.<br>C/O CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: STEVEN N. COHEN, ESQ.<br>227 WEST TRADE STREET, STE. 2400<br>CHARLOTTE NC 28202 | BANK OF NEW YORK MELLON, AS TRUSTEE<br>ATTN: CORPORATE TRUST - ANTHRACITE<br>101 BARCLAY ST 4W (ABS)<br>NEW YORK NY 10286 | BLACKROCK<br>55 EAST 52ND STREET<br>NEW YORK NY 10055 |
| BLACKROCK<br>800 SCUDDERS MILL ROAD<br>PLAINSBORO NJ 08536 | BLACKROCK HOLDCO 2, INC.<br>C/O BLACKROCK FINANCIAL MANAGEMENT, INC.<br>ATTN: ANN MARIE PETACH<br>40 EAST 52ND STREET<br>NEW YORK NY 10022 | CADWALADER<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 |
| CITI MIDDLE OFFICE OPERATIONS<br>J JANG S AMIN J WARD<br>O AJAIYEOBA J VASQUEZ<br>390 GREENWICH ST<br>NEW YORK NY 10013 | CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN RON MEDLEY OF COUNSEL<br>SPECIAL ASST. CORP CNSL FOR LEGL AFFAIRS<br>345 ADAMS STREET 3RD FL<br>BROOKLYN NY 11201 | CSC<br>2711 CENTERVILLE ROAD<br>WILMINGTON DE 19808 |
| DELOITTE AUDIT<br>333 LUDLOW STREET<br>STAMFORD CT 06902 | DELOITTE TAX<br>NY-2 WORLD FINANCIAL<br>2 WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 | DENKANIA EUROPE CDO II, P.L.C.<br>C/O DEKANIA CAPITAL MANAGEMENT, LLC<br>2929 ARCH STREET<br>17TH FLOOR<br>PHILADELPHIA PA 19103 |
| DENKANIA EUROPE CDO II, P.L.C.<br>C/O COHEN & COMPAGNIE SAS<br>PAUL VERHES<br>2929 ARCH STREET, 17TH FLOOR<br>PHILADELPHIA PA 19104-2870 | DENKANIA EUROPE CDO III, P.L.C.<br>XENON CAPITAL P.L.C. - SERIES 198<br>C/O EURODEKANIA MANAGEMENT LIMITED<br>5 ALFORD STREET<br>MAYFAIR, LONDON W1K 2AF | DENKANIA EUROPE CDO III, P.L.C.<br>ATTN: KATHERINE A. MCAVOY<br>WINSTON & STRAWN LLP<br>35 WEST WACKER DRIVE<br>CHICAGO IL 60601 |
| DENKANIA EUROPE CDO III, P.L.C.<br>C/O COHEN & COMPAGNIE SAS<br>PAUL VERHES<br>2929 ARCH STREET, 17TH FLOOR<br>PHILADELPHIA PA 19104-2870 | ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: SCOTT FULTON<br>ARIEL RIOS BUILDING, RM 4000, MAIL 2310A<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20460 | ERNST AND YOUNG<br>5 TIMES SQUARE<br>NEW YORK NY 10036 |

| | | |
|---|---|---|
| ERNST AND YOUNG<br>P.O. BOX 96550<br>CHICAGO IL 60693 | FRANK CRYSTAL & COMPANY<br>FINANCIAL SQUARE<br>32 OLD SLIP<br>NEW YORK NY 10005 | GREENBERG TRAURIG<br>2450 COLORADO AVENUE<br>SUITE 400E<br>SANTA MONICA CA 90404 |
| INTERCALL<br>8420 WEST BRYN MAWR SUITE 400<br>CHICAGO IL 60631 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 21126<br>PHILADELPHIA PA 19114-0326 | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20220 |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>290 BROADWAY<br>NEW YORK NY 10007 | JOEL D. ROSEN<br>75 LAGOON BOULEVARD<br>MASSAPEQUA NY 11758 | JPMORGAN CHASE BANK<br>LISA HERNSON CUSTOMER SERVICE OFFICER<br>JPM PAYING AGENT<br>270 PARK AVENUE 42ND FLOOR<br>NEW YORK NY 10017 |
| JPMORGAN FUNDING INC.<br>C/O JP MORGAN CHASE | KODIAK CDO I, LTD.<br>C/O KODIAK CAPITAL MGMT COMPANY LLC<br>2107 WILSON BOULEVARD<br>SUITE 400<br>ARLINGTON VA 22201 | KODIAK CDO I, LTD.<br>C/O EJF CAPITAL<br>LINDSAY KUCERA<br>2107 WILSON BLVD<br>ARLINGTON VA 22201-3091 |
| KODIAK CDO II, LTD.<br>C/O KODIAK CAPITAL MGMT COMPANY LLC<br>2107 WILSON BOULEVARD<br>SUITE 400<br>ARLINGTON VA 22201 | KODIAK CDO II, LTD.<br>C/O EJF CAPITAL<br>LINDSAY KUCERA<br>2107 WILSON BLVD<br>ARLINGTON VA 22201-3091 | KODIAK WAREHOUSE LLC<br>C/O EJF CAPITAL<br>LINDSAY KUCERA<br>2107 WILSON BLVD<br>ARLINGTON VA 22201-3091 |
| LATHAM & WATKINS LLP<br>885 THIRD AVENUE<br>NEW YORK NY 10022-4834 | MIDLAND LOAN SERVICES, INC.<br>10851 MASTIN, SUITE 300<br>OVERLAND PARK KS 66210 | MILES & STOCKBRIDGE PC<br>10 LIGHT STREET<br>BALTIMORE MD 21202-1487 |
| MORGAN STANLEY PRNCPL FDNG INC, AS AGENT<br>ATTN: CHARLES CHAMI<br>MSMS WAREHOUSE<br>20 CABOT SQUARE<br>CANARY WHARF, LONDON E14 4QW | MORGAN STANLEY PRNCPL FDNG INC, AS AGENT<br>C/O MORGAN STANLEY MORTGAGE SERV LTD<br>ATTN: RICHARD SPENCER<br>20 BANK STREET<br>CANARY WHARF, LONDON E14 4AD | MORGAN STANLEY PRNCPL FDNG INC, AS AGENT<br>C/O CLIFFORD CHANCE US LLP<br>ATTENTION: NESS COHEN, ESQ.<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 |
| NATIONAL UNION FIRE INS CO PITTSBURGH PA<br>70 PINE ST<br>NEW YORK NY 10270 | NEW YORK DEPARTMENT OF STATE<br>DIVISION OF LICENSING SERVICES<br>ONE COMMERCE PLAZA<br>99 WASHINGTON AVE<br>ALBANY NY 12231-0001 | NEW YORK DEPARTMENT OF STATE<br>DIVISION OF LICENSING SERVICES<br>123 WILLIAM ST<br>NEW YORK NY 10038-3804 |
| NEW YORK SECRETARY OF STATE<br>123 WILLIAM STREET<br>NEW YORK NY 10038-3804 | NYC DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS STREET<br>3RD FLOOR<br>BROOKLYN NY 11201 | NYS DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 |
| NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY NY 12201 | NYSE MARKET, INC.<br>11 WALL STREET<br>NEW YORK NY 10005 | NYSE MARKET, INC.<br>BOX #4006<br>PO BOX 8500<br>PHILADELPHIA PA 19178 |

| | | |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN: DIANA G. ADAMS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK NY 10004 | OFFICE OF THE US ATTORNEY<br>CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREW'S PLAZA<br>NEW YORK NY 10007 | PRECISION IR<br>601 MOOREFIELD PARK DRIVE<br>RICHMOND VA 23236 |
| PRECISION IR<br>BOX #7391<br>P.O. BOX 8500<br>PHILADELPHIA PA 19178 | RR DONNELLEY<br>111 SOUTH WACKER DRIVE<br>CHICAGO IL 60606-4301 | RR DONNELLEY<br>PO BOX 13654<br>NEWARK NJ 07188 |
| SECURITIES EXCHANGE COMMISSION<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BUILDING<br>233 BROADWAY-JOHN MURRAY<br>NEW YORK NY 10279 | SECURITIES EXCHANGE COMMISSION<br>ATTN: GENERAL COUNSEL, SEC HEADQUARTERS<br>450 FIFTH STREET, NW<br>WASHINGTON DC 20549 | SECURITIES EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE., NW<br>WASHINGTON DC 20020 |
| SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: NATHAN FUCHS<br>233 BROADWAY<br>NEW YORK NY 10279 | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO IL 80603 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>ATTN J. GREGORY MILMOE<br>FOUR TIMES SQUARE<br>NEW YORK NY 10036 |
| SNL FINANCIAL<br>ONE SNL PLAZA<br>CHARLOTTESVILLE VA 22902 | STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO CA 94257-0551 | STATE STREET CORPORATION<br>2 AVENUE DE LAFAYETTE (5TH FLOOR)<br>BOSTON MA 02111 |
| STATE STREET PAYING AGENT<br>ATTN ROBERT TATEM<br>STATE STREET FINANCIAL CENTER<br>ONE LINCOLN STREET<br>BOSTON MA 02111 | SUNRISE PARTNERS LIMITED PARTNERSHIP<br>C/O SBZ SELECT INVESTMENTS<br>JEROME SANZO<br>2 AMERICAN LANE<br>GREENWICH CT 06836 | TABERNA EUROPE CDO I, P.L.C.<br>ATTN: RALPH LICHT<br>C/O TABERNA CAPITAL MANAGEMENT LLC<br>450 PARK AVENUE, FLOOR 11<br>NEW YORK NY 10022 |
| TABERNA PREFERRED FUNDING II, LTD.<br>ATTN: MICHAEL FRALIN<br>C/O TABERNA CAPITAL MANAGEMENT LLC<br>450 PARK AVENUE, FLOOR 11<br>NEW YORK NY 10022 | TABERNA PREFERRED FUNDING III, LTD.<br>ATTN: MICHAEL FRALIN<br>C/O TABERNA CAPITAL MANAGEMENT LLC<br>450 PARK AVENUE, FLOOR 11<br>NEW YORK NY 10022 | TABERNA PREFERRED FUNDING IV, LTD.<br>ATTN: MICHAEL FRALIN<br>C/O TABERNA CAPITAL MANAGEMENT LLC<br>450 PARK AVENUE, FLOOR 11<br>NEW YORK NY 10022 |
| TABERNA PREFERRED FUNDING IX, LTD.<br>ATTN: MICHAEL FRALIN<br>C/O TABERNA CAPITAL MANAGEMENT LLC<br>450 PARK AVENUE, FLOOR 11<br>NEW YORK NY 10022 | TABERNA PREFERRED FUNDING V, LTD.<br>ATTN: MICHAEL FRALIN<br>C/O TABERNA CAPITAL MANAGEMENT LLC<br>450 PARK AVENUE, FLOOR 11<br>NEW YORK NY 10022 | TABERNA PREFERRED FUNDING VI, LTD.<br>ATTN: MICHAEL FRALIN<br>C/O TABERNA CAPITAL MANAGEMENT LLC<br>450 PARK AVENUE, FLOOR 11<br>NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON,<br>AS INDENTURE TRUSTEE<br>ATTN: CORPORATE TRUST - ANTHRACITE<br>101 BARCLAY ST 4W (ABS)<br>NEW YORK NY 10286 | THE GARDEN CITY GROUP, INC.<br>ATTN: EAMON MASON<br>105 MAXESS ROAD<br>MELVILLE NY 11747 | THOMSON REUTERS (MARKETS) LLC<br>195 BROADWAY<br>NEW YORK NY 10007 |
| UBS SECURITIES LLC<br>ATTN: PHILIP OLESEN<br>P.O. BOX 120305<br>FAIRFIELD CT 06912-0305 | US DEPARTMENT OF JUSTICE<br>ATTN: TONY WEST, ASST. ATTORNEY GENERAL<br>CIVIL DIVISION<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 | WELLS FARGO BANK<br>420 MONTGOMERY STREET<br>SAN FRANCISCO CA 94104 |

WELLS FARGO BANK, N.A., AS INDENT TRSTEE
ATTN: CORPORATE TRUST SERVICES
213 COURT STREET
SUITE 703
MIDDLETOWN CT 06457

WELLS FARGO BANK, N.A., AS INDENT TRSTEE
ATTN: CORPORATE TRUST DEPARTMENT
ANTHRACITE CAPITAL, INC.
919 NORTH MARKET STREET, STE. 1600
WILMINGTON DE 19801

WELLS FARGO BANK, N.A., AS INDENT TRSTEE
CORP. TRUST DEPT-ANTHRACITE CAPITAL, INC
ATTN: MOLLY A. BREFFITT
919 NORTH MARKET STREET, STE. 1600
WILMINGTON DE 19801

WELLS FARGO BANK, N.A., AS INDENT TRSTEE
ATTN: CORPORATE TRUST SERVICES
213 COURT STREET
SUITE 703
MIDDLETOWN CT 06457

WELLS FARGO BANK, N.A., AS INDENT TRSTEE
ATTN: CORPORATE TRUST DEPARTMENT
ANTHRACITE CAPITAL, INC.
919 NORTH MARKET STREET, STE. 1600
WILMINGTON DE 19801

WELLS FARGO BANK, N.A., AS INDENT TRSTEE
CORP. TRUST DEPT-ANTHRACITE CAPITAL, INC
ATTN: MOLLY A. BREFFITT
919 NORTH MARKET STREET, STE. 1600
WILMINGTON DE 19801

WELLS FARGO BANK\
WF 8113
PO BOX 1450
MINNEAPOLIS MN 55479

WILMINGTON TRUST CO., AS INDENT. TRUSTEE
ATTN: CORPORATE CAPITAL MARKETS
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON DE 19890

WILMINGTON TRUST CO., AS INDENT. TRUSTEE
CORP. CAPTL MKTS-ANTHRACITE CAPITAL, INC
ATTN:  MICHAEL WASS
RODNEY SQUARE NORTH, 1100 N. MARKET ST.
WILMINGTON DE 19890

XL INSURANCE
ONE WORLD FINANCIAL CENTER
200 LIBERTY ST
22ND FL
NEW YORK NY 10281